UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE KEMP TENNILLE,

        Petitioner,                          Case No. 4:21-cv-10909
                                                  Hon. Matthew F. Leitman

v.

JONATHAN HEMINGWAY,

        Respondent.

_____/

## JUDGMENT

**IT IS ORDERED** that the petition for a writ of habeas corpus is **DENIED**.

Dated at Flint, Michigan, this 8th day of December, 2021.

                                  KINIKIA ESSIX
                                  CLERK OF COURT

                  By:   s/Holly A. Monda_____
                          Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge